No. 404, Misc.   WELLS *v.* ROBINSON, WARDEN, ET AL. Circuit Court of Randolph County, Illinois.   Certiorari denied.

No. 406, Misc.   HARRIS *v.* SWENSON, WARDEN.   Court of Appeals of Maryland.   Certiorari denied.

No. 410, Misc.   WASHBURN *v.* UTECHT, WARDEN.   Supreme Court of Minnesota.   Certiorari denied.

No. 415, Misc.   ZEE *v.* NEW JERSEY.   Supreme Court of New Jersey.   Certiorari denied.

No. 416, Misc.   BLACK *v.* MOORE, WARDEN, ET AL. Court of Criminal Appeals of Texas.   Certiorari denied.

No. 417, Misc.   JOHNSON *v.* ILLINOIS.   Supreme Court of Illinois.   Certiorari denied.

No. 423, Misc.   PORTER *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 201, October Term, 1950.   SACHER ET AL. *v.* UNITED STATES, *ante,* p. 1.   Rehearing denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this application.

No. 300, October Term, 1950.   HALLINAN *v.* UNITED STATES, 341 U. S. 952.   Motion for leave to file second petition for rehearing denied.   MR. JUSTICE CLARK took no part in the consideration or decision of this motion.